AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00226 |
| | ) Assigned to: Judge Faruqui, Zia M |
| | ) Assign Date: 2/12/2021 |
| Yvonne St Cyr | ) Description: COMPLAINT W/ARREST WARRANT |
| DOB 3/30/1967 | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 6, 2021** in the county of _____ in the
_____ District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) | Restricted building or grounds. |
| 40 U.S.C. §§ 5104(e)(2)(D) & (G) | Disruptive and disorderly conduct on restricted grounds. |

This criminal complaint is based on these facts:
See attached affidavit incorporated herein.

☐ Continued on the attached sheet.

*Complainant's signature*

Matthew J. Gano Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements
of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/12/2021

2021.02.12
14:35:55 -05'00'

*Judge's signature*

City and state: Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*