AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

District of Idaho

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER RE: BRADY NOTICE** |
| v. | |
| YVONNE ST CYR, | Case No. **1-21-mj-00453-CWD-1** |
| Defendant. | |

Because of an oversight on the part of the Court, the oral Brady Notice was not given during the Initial Appearance/Rule 5(c)(3) hearing. This order shall serve to provide the Brady Notice. The Government may make its objection, if any, in the same written filing that it has made in other cases.

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, the Supreme Court's decision in *Brady v. Maryland*, and all applicable decisions interpreting *Brady*, the government is ordered to disclose to the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges. The Court's General Order 389, on the same subject, is incorporated into this notice, by this reference.

Dated: **March 05, 2021**

Honorable Ronald E. Bush
United States Magistrate Judge